PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPREET SINGH,<br><br>      Plaintiff,<br><br>    v.<br><br>USCIS, ET AL.<br><br>      Defendants. | CASE NO. 2:24-CV-01838-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY |

  The Defendants respectfully request to stay this case through November 29, 2024, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudicating his pending asylum application, which he filed in July 2020. USCIS has scheduled Plaintiff's asylum interview for November 21, 2024. The parties anticipate that this lawsuit will be moot once Plaintiff completes his asylum interview, which is the relief requested in his complaint.

///

///

///

///

1

The parties therefore stipulate that this matter be stayed through November 29, 2024. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  September 13, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: September 13, 2024

/s/ PAMELA PRESCOTT
PAMELA PRESCOTT
Counsel for Plaintiff

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   September 20, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2